STANLEY BOYLAN v. STACEY M. HINDERKS.

September 19, 1978. Petition for certification granted.

ANDREA P. CORREIA v.
MAPLEWOOD EQUIPMENT COMPANY.

September 19, 1978. Petition for certification granted. (See 160 *N. J. Super.* 276)

CONSTANCE MILLER v. FREDERICK F. MILLER.

September 19, 1978. Petition for certification denied.

EDWARD YOUSEFIAN v.
MUNICIPAL COUNCIL OF THE TOWNSHIP OF WAYNE.

September 19, 1978. Petition for certification denied. (See 160 *N. J. Super.* 145)

ERNEST SMITH v. THE CITY OF NEWARK.

September 19, 1978. Petition for certification denied.

ANNA TOMOCIK v. AMERICAN SMELTING & REFINING CO.

September 19, 1978. Petition for certification denied.